IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES A. MCDANIELS,

    Petitioner,               No. CIV S-06-2626 LKK GGH P

   vs.

M.C. KRAMER, et al.,

    Respondents.          ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        Petitioner's claims are set forth in the opinion of the Los Angeles Superior Court denying his habeas petition attached as an exhibit to the instant petition. Petitioner was convicted of two counts of first degree murder with use of a firearm. The offenses were committed before the enactment of the determinate sentencing law (DSL) on July 1, 1977. Petitioner was sentenced to two concurrent life terms in state prison on January 20, 1978. At his 2001 parole suitability hearing, petitioner was found unsuitable.

        Petitioner claims that his sentence has become excessive because he has served more time than required pursuant to the regulations of the Board of Prison Terms. It is unclear what <u>federal</u> claim petitioner desires to raise.

1    The court will grant petitioner an opportunity to file an amended petition.
2 Petitioner is reminded that all claims must be exhausted in state court prior to raising them in a
3 federal habeas corpus petition. 28 U.S.C. § 2254(b)(1). Petitioner must state a claim which
4 implicates the <u>federal</u> Constitution or other federal law.
5    Accordingly, IT IS HEREBY ORDERED that the petition is dismissed with
6 twenty days to file an amended petition; failure to file an amended petition will result in a
7 recommendation of dismissal of this action.
8 DATED: 3/6/07
9                    /s/ Gregory G. Hollows
10                   UNITED STATES MAGISTRATE JUDGE
11
12
13 mcdan2626.ame