1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

JAMES A. McDANIELS,

11

        Petitioner,               No. CIV S-06-2626 LKK GGH P

12

   vs.

13

M.C. KRAMER, et al.,

14

        Respondents.      <u>ORDER</u>

15

_____/

16

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17

habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18

Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19

        On December 20, 2007, the magistrate judge filed findings and recommendations

20

herein which were served on petitioner and which contained notice to petitioner that any

21

objections to the findings and recommendations were to be filed within twenty days.  Petitioner

22

has not filed objections to the findings and recommendations.

23

        The court has reviewed the file and finds the findings and recommendations to be

24

supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25

ORDERED that:

26

/////

1

1            1.  The findings and recommendations filed December 20, 2007, are adopted in

2  full; and

3            2.  This action is dismissed.

4  DATED: April 15, 2008

/mcda2626.800

6                         LAWRENCE K. KARLTON

                            SENIOR JUDGE

7                         UNITED STATES DISTRICT COURT